IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-343-FDW-DCK

| | |
|---|---|
| SUSAN DENHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DATASTAFF, INC. and KEITH RICKS, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, M. Ann Anderson, filed a "Mediator's Report Of Settlement Conference Pursuant To Pro Se Settlement Assistance Program" (Document No. 26) notifying the Court that the parties reached a settlement on January 23, 2019. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **February 22, 2019**.

**SO ORDERED**.

Signed: January 23, 2019

David C. Keesler
United States Magistrate Judge